UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNGER FREE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture, et al., <br><br> Defendants. | Civil Action No. 25-1815 (JEB) |

### DECLARATION OF CHASE LUCAS

Pursuant to 28 U.S.C. § 1746, I, Chase Lucas, declare and state as follows:

1. I serve as the Director of the Contracts Management Division of Food and Nutrition Service ("FNS"). FNS is an agency of the U.S. Department of Agriculture ("USDA") that oversees domestic various food and nutrition assistance programs.

2. As part of my duties with FNS, I am responsible for the procurement of services and the issuance of solicitations related to establishing and maintaining an information clearinghouse and national hunger hotline.

3. I have personal knowledge of Contract Award number 12319824C0008 between FNS and Hunger Free America that is at issue in this case as I am the supervisor of the contracting officer ("CO") on the award. In addition, I have personal knowledge of the current Sources Sought Notice for National Hunger Hotline support services posted on SAM.gov as my office was responsible for its authorship and posting.

4. This declaration is submitted in support of Defendants' opposition to Plaintiff's motion for a preliminary injunction.

5.      In accordance with the modification to contract 12319824C0008 signed by the parties on May 17, 2024, the contract's period of performance was from May 21, 2024, to May 20, 2025.

6.      FNS did not exercise the year one option in contract 12319824C0008 prior to the end of the period of performance.

7.      FNS has begun the process of resoliciting the award for National Hunger Hotline support services.

8.      On June 24, 2025, FNS posted a Sources Sought Notice on SAM.gov for USDA National Hunger Hotline support services. It is available at: https://sam.gov/opp/ea405bff41ac47328615ea81dcf467bf/view.

9.      A Sources Sought Notice is a synopsis pursuant to Federal Acquisition Regulation Subpart 5.2 that is posted by a Government agency to solicit information from businesses (typically small businesses) that may be capable of fulfilling a specific contract requirement. It is not a formal solicitation (*e.g.*, a Request for Quote ("RFQ") or Request for Proposal ("RFP")) but serves as a preliminary step in the acquisition process.

10.     The primary purposes of a Sources Sought Notice include:

   a.   Market Research: To determine if there are two or more capable businesses, particularly small businesses, that can meet the requirements of a planned contract.

   b.   Enhancing Competition: By publicizing the notice, the Government aims to increase competition and provide more opportunities for small businesses to participate in Federal contracting.

   c.   Acquisition Strategy Development: The information gathered helps COs develop effective acquisition strategies based on market capabilities. For example, the

results may assist a CO in deciding if the requirement should be competed as a small business set-aside or full and open competition.

11. In this instance, for example, the Sources Sought Notice seeks "to determine the availability and capability of small businesses" to support the National Hunger Hotline and Clearinghouse. By its own terms, the Notice is "Government market research" that will facilitate acquisition strategy development, allowing the CO to better understand the availability and capability of small businesses to perform the work and to determine how to proceed with an acquisition determination. If there are two or more capable small businesses who have demonstrated the capability to be able to complete the Government requirement need(s), then a CO may decide to set the procurement aside for only small businesses based on the results of the Sources Sought Notice. If the market research resulted in no valid and vetted responses, then the CO may determine to compete the requirement as a 100% full and open competition (meaning any large or small business can quote/propose on the solicitation when posted). The market research assists the Government with actual information obtained from the inquiry to do what is in the best interest of the Government to obtain the best capable vendor while anticipating receiving the best value for the Government.

12. The Sources Sought Notice has a response date of July 14, 2025, at 10:00 AM EDT.

13. After the Sources Sought Notice closes, the next steps in the procurement process are to develop the acquisition strategy and to prepare the solicitation. Such a solicitation would be posted to either Sam.gov or GSA e-buy, depending on the acquisition strategy that is developed based on the information collected from the Sources Sought Notice.

14. The solicitation is typically active for 16 business days. However, that length of time can be expanded if a potential bidder has questions or concerns about the solicitation and FNS

makes revisions to the solicitation. Additionally, bid protests can delay execution of an award. For those reasons, FNS cannot commit to a specific time frame for completion of the process. However, at this time, and as evidenced by the Sources Sought Notice, FNS has begun the process of resoliciting the award for National Hunger Hotline support services and is dedicated to fulfilling its statutory obligations.

15. A final award would be consistent with the requirements in Section 26 of the Richard B. Russell National School Lunch Act (42 U.S.C. § 1769g), including the requirements for a qualifying nongovernmental organization.

Pursuant to 28 U.S.C. § 1746, I hereby affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 2, 2025

Chase Lucas
Director
Contracts Management Division
Food and Nutrition Service