UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNGER FREE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROOKE L. ROLLINS, in her official capacity as Secretary of Agriculture, et al., <br><br> Defendants. | Civil Action No. 25-1815 (JEB) |

### DEFENDANTS' STATUS REPORT

Pursuant to the Court's July 8, 2025, Minute Order, Defendants respectfully submit the following status report.

As discussed at the July 8, 2025, hearing, Plaintiff seeks a preliminary injunction "ordering [Defendants] to immediately comply with its statutory duty to enter into a contract with a nongovernmental organization to establish and maintain an information clearinghouse services [sic] as required by the School Lunch Act." Pl.'s Mot. at 26.

On June 24, 2024, Defendants posted a "Sources Sought Notice" in preparation for entering a new contract. *See* https://sam.gov/opp/ea405bff41ac47328615ea81dcf467bf/view. That Notice closed on July 14, 2024, at 10:00 A.M. Defendants received 21 responses to the Notice.

Based on its assessment of the responses, Defendants are preparing a Request for Quote ("RFQ") that it anticipates posting on Sam.gov and opening for proposals on July 24, 2025. Although the timing of milestones is subject to change, including because of many factors outside Defendants' control, the award start date is expected to be on or around September 8, 2025.

The current acquisition plan is for full and open competition. FNS plans to consider any proposed response to the RFQ from any non-governmental entity that meets the statutory

requirements in Section 26(b) of the Richard B. Russell National School Lunch Act (42 U.S.C. §1769g(b)).

Defendants respectfully propose that they be ordered to file another Status Report on or before August 18, 2025, providing the Court with an update on the RFQ.

Dated: July 21, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Kaitlin K. Eckrote*
    KAITLIN K. ECKROTE
    D.C. Bar #1670899
    Assistant United States Attorney
    601 D Street NW
    Washington, D.C. 20530
    (202) 252-2485

*Attorneys for the United States of America*