IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUNGER FREE AMERICA, INC.,
    *Plaintiff*,

v.

BROOKE L. ROLLINS, et al.,
    *Defendants*.

Case No. 1:25-cv-1815 (JEB)

**RESPONSE TO DEFENDANTS' STATUS REPORT**

On July 24, 2025, Defendants posted a Request for Quote (RFQ) for the National Hunger Clearinghouse Services on sam.gov.[1] In contrast to the earlier Sources Sought Notice, the RFQ appears to allow nonprofit organizations to bid for the clearinghouse services contract, in compliance with the requirements of the School Lunch Act, 42 U.S.C. § 1769g, and Congress's intent that the contract be awarded to a nonprofit, *see* S. Rep. No. 103-300, at 33 (1994) (referring to "the private nonprofit organization administering" the clearinghouse services).

Accordingly, Plaintiff hereby withdraws its Motion for a Preliminary Injunction, ECF 6, without prejudice to refiling should Defendants fail to award a contract for the clearinghouse services as required by the School Lunch Act.

The RFQ sets a bidding deadline of August 15, 2025, with performance of the contract to start on September 8, 2025. Defendants have proposed to file a further status report on August 18, 2025, after the close of bidding. *See* ECF 14 at 2.

Plaintiff proposes that Defendants be required to file an additional status report on September 9, 2025, informing the Court whether a contract for the clearinghouse services has been awarded. Plaintiff also proposes that the deadline for Defendants' response to the Amended

---

[1] https://sam.gov/workspace/contract/opp/745176b550b74921a5f84a5bd548f984/view

1

Complaint, currently set for August 11, 2025, be extended to September 15, 2025. Counsel for Defendants has stated that Defendants do not oppose these two proposals.

A proposed order is attached.

Dated: July 25, 2025

Respectfully submitted,

/s/ Cormac A. Early
Cormac A. Early (DC Bar No. 1033835)
Allison M. Zieve (DC Bar No. 424786)
Adina H. Rosenbaum (DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiff*