IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNGER FREE AMERICA, INC., <br> *Plaintiff*, <br><br> v. <br><br> BROOKE L. ROLLINS, et al., <br> *Defendants*. | Case No. 1:25-cv-1815 (JEB) |

NOTICE OF VOLUNTARY DISMISSAL

On September 5, 2025, Defendants informed Plaintiff Hunger Free America, Inc. that it had been awarded the USDA National Hunger Clearinghouse Services contract for contract year September 8, 2025 – September 7, 2026, with four potential additional contract year options. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff hereby dismisses this action without prejudice.

Dated: September 8, 2025

Respectfully submitted,

/s/ Cormac A. Early
Cormac A. Early (DC Bar No. 1033835)
Allison M. Zieve (DC Bar No. 424786)
Adina H. Rosenbaum (DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiff*